IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:26-cr-00102-M-KS-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEARANCE |
| MURAD AYYAD | |

Undersigned counsel hereby enters his Notice of Appearance on behalf of the Defendant in this matter.

Respectfully submitted, this the 23rd day of June, 2026.

CHESHIRE PARKER
SCHNEIDER & ABRAMS, PLLC


/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com

*Retained Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following Assistant United States Attorney: Andrew A. Kasper.

This the 23rd day of June, 2026.

<u>/s/ Elliot S. Abrams</u>
Elliot S. Abrams
CHESHIRE PARKER
SCHNEIDER & ABRAMS, PLLC