IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-102-M-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MURAD AYYAD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

Defendant is in the custody of the United States Marshal. A telephone conference was held on October 1 and October 2, 2026, to address Defendant's medical needs following an assault by a fellow inmate while in pretrial custody. Participating in the conference were Defendant's attorneys, Brian T. Rafferty, Elliott Sol Abrams, and Joseph E. Zeszotarski, Jr.; Assistant United States Attorney Andrew A. Kasper; and Deputy United States Marshal Howard Turner. The United States Marshals Service advised that Defendant has been scheduled for surgery to address certain injuries sustained by Defendant. Defense counsel raised concerns about the risks posed by Defendant's preexisting medical conditions, the existence of which the medical providers may not be fully aware.

In order to ensure that Defendant receives appropriate medical care, the court hereby ORDERS as follows:

1. Counsel for Defendant are instructed to provide to the United States Marshals Service at usms-efax-omo@usdoj.gov any medical records that Defendant believes to be pertinent to surgery and his post-operative care.

2. Upon receipt of such medical records, the United States Marshals Service shall forthwith transmit the records in advance of the surgical procedure to all physicians or other medical providers who will be involved in any surgical procedure or who will be providing post-operative or non-surgical care to Defendant.

This 2nd day of October 2026.

KIMBERLY A. SWANK
United States Magistrate Judge